UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WALDO B. DIAZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-475 |
| | § | |
| | § | |
| **KILOLO KIJAKAZI,** *Commissioner of* | § | |
| *Social Security Administration*, | § | |
| | § | |
| Defendant. | | |

# MEMORANDUM OPINION

Pending before the Court is Plaintiff Waldo Diaz's Unopposed Motion for Attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA").[1] (Dkt. No. 21.) After finding the Motion meritorious and unopposed, the Court awards the sum of seven thousand forty seven dollars and thirty four cents. This sum is **ORDERED** to be paid to Plaintiff, care of Kenna Garner as counsel of record and mailed to counsel's office at 4141 Southwest Freeway, Suite 400, Houston, Texas, 77027.

**SIGNED** in Houston, Texas on November 17, 2023.

Sam S. Sheldon
United States Magistrate Judge

---

[1] The parties consented to proceed before the Undersigned Magistrate Judge for all proceedings, including trial and final judgment, pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Dkt. No. 9.)